**Order entered January 18, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00681-CR**

**APRIL SHARON GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-33765-W**

**ORDER**

Appellant's second motion for extension of time to file her brief is **GRANTED**, and we **ORDER** the brief filed on or before **FEBRUARY 13, 2023**.

/s/    NANCY KENNEDY
       JUSTICE